IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

REGGIE L. TOWNSEND,

              ORDER

              Plaintiff,

              12-cv-896-bbc

       v.

BRIAN SCHUELER,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order entered on March 31, 2014, I gave defendant Brian Schueler until April 7, 2014 to advise the court whether he agreed to a dismissal of this action without prejudice in response to plaintiff's motion for voluntary dismissal, dkt. #50. On April 2, 2014 defendant responded that he opposes dismissal of this case without prejudice.

The court advised plaintiff that if defendant objected to dismissal without prejudice, plaintiff would have until April 14, 2014 to withdraw his motion for voluntary dismissal or the dismissal would be with prejudice. Plaintiff has responded that he agrees to dismiss defendant with prejudice.

ORDER

IT IS ORDERED that plaintiff Reggie Townsend's motion to dismiss this case, dkt. #50, is GRANTED; plaintiff's claims against defendant Schueler are DISMISSED WITH

1

PREJUDICE.  The clerk of court is directed to enter judgment and close this case.

Entered this 25th day of April, 2014.


BY THE COURT

/s/

BARBARA B. CRABB
District Judge

2