IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

REGGIE L. TOWNSEND,

                Plaintiff,           JUDGMENT IN A CIVIL CASE

v.                                      12-cv-896-bbc

MELVIN PULVER and
BRIAN SCHUELER,

                Defendants.

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Melvin Pulver and Brian Schueler granting plaintiff Reggie L. Townsend's motions to dismiss and dismissing this case with prejudice.

| /s/ | 4/25/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |